**5** **6**

■

222 So.2d 64

**SUCCESSION of Thomas Earl BARR a. k. a. T. E. Barr, Deceased.**

**No. 49766.**

**May 9, 1969.**

In re: Hazel Smyth Barr applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 219 So.2d 817.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.

■

222 So.2d 64

**James E. BUSENBARRICK, individually and for his minor son, David Busenbarrick**

**v.**

**UNITED SERVICES AUTOMOBILE ASSOCIATION et al.**

**No. 49767.**

**May 9, 1969.**

In re: James E. Busenbarrick, individually and for his minor son, David Busen-barrick applying for certiorari or writ of review to the Court of Appeal, Second Circuit, Parish of Caddo. 219 So.2d 780.

Writ refused. Under the facts found by the Court of Appeal there is no error of law in the judgment.